FILED
ASHEVILLE, NC
APR 0 1 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISON

| UNITED STATES OF AMERICA | DOCKET NO. 1:25-CR- \S- MR- WCM |
|---|---|
| v. | **BILL OF INDICTMENT** |
| JOHN QUENTIN LONDON | Violations:<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 922(g)(1) |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about June 13, 2024, in Henderson County, within the Western District of North Carolina and elsewhere, the defendant,

### JOHN QUENTIN LONDON,

did knowingly and intentionally possess with the intent to distribute a controlled substance, which violation involved, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

#### Quantity of Methamphetamine Involved

The offense charged in Count One involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) applies.

**Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(C) and 851**

Before the defendant, **JOHN QUENTIN LONDON**, committed the offense as charged in Count One, he had a final conviction for a felony drug offense, namely, possession with the intent to manufacture, sell, or deliver heroin, a schedule I controlled substance, in violation of Chapter 90, Section 95 of the North Carolina General Statutes, for which he served more than 12 months of imprisonment.

1

## COUNT TWO

On or about June 13, 2024, in Henderson County, within the Western District of North Carolina and elsewhere, the defendant,

**JOHN QUENTIN LONDON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Smith and Wesson, model 649, .38 caliber revolver, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

On or about August 27, 2024, in Henderson County, within the Western District of North Carolina and elsewhere, the defendant,

**JOHN QUENTIN LONDON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Smith and Wesson, model SD9VE, 9mm pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d.  If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1. a Smith and Wesson, model 649, .38 caliber revolver, a Beretta APX 9mm handgun, ammunition, and $520 in United States currency seized on or about June 13, 2024.

2. a Smith and Wesson, model SD9VE, 9mm pistol and ammunition seized on August 27, 2024.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

CHRISTOPHER S. HESS
ASSISTANT UNITED STATES ATTORNEY